UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-31159 |
|---|---|
| LARA A. TAYLOR | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

---

REPORT OF UNCLAIMED FUNDS

---

The Trustee reports that the following is an itemized list of the unclaimed funds which
are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4024659**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 1/ 6 | HANS ZWART MD & ASSOC<br>1520 S MAIN ST<br>SUITE 3<br>DAYTON, OH  45409 | 1,087.17 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 7/26/2010

Certificate of Service                    07-31159

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

LARA A. TAYLOR                RANDAL A HARVEY              (6.3)
418 WEST GREENE STREET        9 W WATER ST                HANS ZWART MD & ASSOC
APARTMENT 4                   TROY, OH  45373             580 LINCOLN PARK BLVD
PIQUA, OH  45356                                          SUITE 322
                                                          KETTERING, OH  45429

(6.1)
HANS ZWART MD & ASSOC
1520 S MAIN ST
SUITE 3
DAYTON, OH  45409

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                    sv